# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer  *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 5387 | **DATE** | 5/9/2008 |
| **CASE TITLE** | Shames-Yeakel et al vs. Citizens Financial Bank | | |

**DOCKET ENTRY TEXT**

The Clerk of Court is directed to remove from the docket the PDF: Attachment # 1(Exhibit A) of defendant Citizens Financial Bank motion to compel [32].

| | Courtroom Deputy Initials: | DL |
|---|---|---|