# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 5387 | **DATE** | 5/15/2008 |
| **CASE TITLE** | Marsha L. Shames-Yeakel vs. Citizens Financial Bank | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendant's motion to compel production of certain electronically stored information [32] is granted in part and denied in part. The court will authorize review of Plaintiffs' hard drives, but only for the fourteen-day period surrounding the challenged 2/13/207 transactions. Plaintiffs are invited to identify a computer expert who will confer with Defendant's expert to identify a mutually agreeable expert to perform the imaging. Status hearing set for 6/4/2008 to stand.

Notices mailed by Judicial staff.

00:11

| | Courtroom Deputy Initials: | ETV |
|---|---|---|