# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 5387 | **DATE** | 6/4/2008 |
| **CASE TITLE** | Marsha L. Shames-Yeakel vs. Citizens Financial Bank | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiffs Marsha L. and Michael Shames-Yeakel's motion to compel Defendant Citizens Financial Bank's answer to Plaintiffs' interrogatories and requests for production of documents [40] granted. Status hearing held on 6/4/2008. Status hearing set for 8/5/2008 at 9:00.

■[ For further details see text below.]     Notices mailed by Judicial staff.

00:24

## STATEMENT

Plaintiffs' motion to compel [40] granted.

**First Set Interrogatories**:

Defendant to furnish supplemental interrogatory answers to Interrogatories #1 and #3 within seven days.

**Second Set Interrogatories**:

Defendant to furnish further response to Interrogatory No. 1 and 3-6 within seven days.

**Request For Production Of Documents:**

Within seven days, Defendant will provide a sworn statement from an appropriate witness confirming that Defendant itself has no security methods, policies, or procedures. Defendant will also furnish documents maintained by its third-party contractor relating to security methods, policies, or procedures.

Defendant's objection to Request No. 45 is overruled. Within seven days, Defendant will provide a sworn

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

| **STATEMENT** |
|---|

statement that there have been no security breaches of any nature within the last five years.

Defendant's objection to Request No. 46 is sustained.

Status hearing set for 8/5/2008 at 9:00.

*Rebecca R. Pallmeyer* (signature)

| **STATEMENT** |
|---|