Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 5387 | DATE | 7/28/2008 |
| CASE TITLE | Marshal L. Shames-Yeakel, et al vs. Citizens Financial Bank | | |

**DOCKET ENTRY TEXT**

Joint motion for entry of Consent Order regarding the protocol for electronic media discovery [53] granted. Enter Consent Order Regarding The Protocol For Electronic Media Discovery.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | ETV |
|---|---|---|---|