IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHAMES-YEAKEL, et al., ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 07-5387 |
| CITIZENS FINANCIAL BANK, ) | Judge Pallmeyer |
| Defendant. ) | |

## CITIZENS'S INDEX OF EXHIBITS CITED IN ITS LR 56.1 STATEMENT

Defendant Citizens Financial Bank ("Citizens"), through counsel, provides the following index of documents cited in the LR 56.1 statement submitted with its motion for summary judgment against plaintiffs Michael and Marsha Shames-Yeakel (the "Plaintiffs").

| No. | Description |
|---|---|
| 1. | Marsha Shames-Yeakel Deposition Testimony |
| 2. | Michael Shames-Yeakel Deposition Testimony |
| 3. | Declaration of Jeffrey Stur |
| 4. | Declaration of Rebecca Rees |
| 5. | Declaration of Carol Romes |
| 6. | Debora Milne Deposition Testimony |
| 7. | Jeffrey Stur Deposition Testimony |
| 8. | Defendant's Disclosures Pursuant to Fed. R. Civ. P. 26(a)(2) |

Respectfully submitted,

Timothy A. Hickey                    CITIZENS FINANCIAL BANK
*thickey@hinshawlaw.com*
Evan D. Brown
*ebrown@hinshawlaw.com*              By: /s/Evan D. Brown
HINSHAW & CULBERTSON LLP             One of Its Attorneys
222 N. LaSalle, Suite 300
Chicago, IL 60601

## **CERTIFICATE OF SERVICE**

I certify that pursuant to Local Rule 5.5, service of the foregoing CITIZENS'S INDEX OF EXHIBITS CITED IN ITS LR 56.1 STATEMENT was accomplished upon all Filing Users pursuant to the Court's Electronic Case Filing system on September 30, 2008.

/s/ Evan D. Brown