IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHAMES-YEAKEL, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:07-CV-5387 |
| CITIZENS FINANCIAL BANK, | ) Judge Pallmeyer |
| Defendant. | ) |

**DEFENDANT'S DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(2)**

     Defendant Citizens Financial Bank, through counsel, and pursuant to Fed. R. Civ. P. 26(a)(2), identifies Tim Tedrick and Mark Scholl as witnesses that defendant may use at trial to present evidence under Fed. R. Civ. P. 702, 703, or 705. Written reports containing the items enumerated in Fed. R. Civ. P. 26(a)(2)(B) are provided herewith.

Respectfully submitted,

Timothy A. Hickey
*thickey@hinshawlaw.com*                     CITIZENS FINANCIAL BANK
Evan D. Brown
*ebrown@hinshawlaw.com*
HINSHAW & CULBERTSON LLP         By: /s/Evan D. Brown
222 N. LaSalle, Suite 300                          One of Its Attorneys
Chicago, IL 60601

# **CERTIFICATE OF SERVICE**

        I hereby certify that a copy of the foregoing DEFENDANT'S DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(2) was served upon the following by electronic mail and first class mail, postage prepaid, on this 2nd day of September, 2008:

| | |
|---|---|
| Larry P. Smith, Esq. | John Soumilas |
| Larry P. Smith & Associates | Francis & Mailman PC |
| 205 N. Michigan Ave, Suite 4000 | Land Title Building |
| Chicago, IL 60601 | 100 South Broad Street |
| | 19th Floor |
| | Philadelphia, PA 19110 |

        /s/ Evan D. Brown

6357509v1 63070

<i>Lindgren Callihan Van Osdol</i>



August 28, 2008

Hinshaw & Culbertson, LLP
Attorneys at Law
222 North LaSalle Street, Suite 300
Chicago, IL 60601-1081

In the matter of Shames-Yeakel versus Citizens Financial Bank

RE: Paragraphs 17 in Plaintiff's amended complaint

Opinion: It is my expert opinion that the investigation by the defendant, Citizens Financial Bank (CFB) of the disputed transaction was reasonable and conducted properly.

References: Discovery deposition of DEBORAH MILNE and attached exhibits, INTERNET ACCESS RECAP REPORT labeled CITIZENS-0083, Investigative Log not labeled.

CFB received the initial report of the disputed transaction on February 23, 2007 (Deposition page 18). At the time of the initial report Milne asked a series of typical and standard questions regarding the location and safeguarding of the password and user name for the Business Online Banking (BOB) service (Deposition pp 19 – 20). It is reasonable for CFB to attempt to determine the legitimacy or lack of legitimacy of a disputed transaction by asking such questions. CFB reviewed other information including a history of the accounts that Mr. and Mrs. Shames-Yeakel had with CFB (Investigative Log pp 1-3). CFB reviewed and documented the BOB access history including which user name was used for both Mr. and Mrs. Shames-Yeakel (Investigative Log pp 2-3 and 4 and Milne 1). CFB documented the sequence of activity related to the wire transfer (Investigative Log page 3). CFB obtained information identifying the ISP and IP address for the access to the BOB service (Citizens-0083). CFB obtained a copy of the police report related to the transaction (Deposition pp 111-112). CFB made more than one phone call to the bank in Hawaii, and spent time investigating the entity named as the beneficiary on the wire transfer (Deposition page 40 and page 76).

Lindgren, Callihan, Van Osdol & Co., Ltd.    403 E. Third Street    ph 815.626.1277    Rockford, Illinois
Certified Public Accountants & Consultants    Sterling, IL  61081    fax 815.626.9118    Sterling, Illinois
                                                                    www.lcvcpa.com    Dixon, Illinois
                                                                                      Freeport, Illinois

During the course of the investigation as listed on Milne #2 CFB maintained reasonable and timely communication with Mrs. Shames-Yeakel.

CV

Tim is a shareholder with the accounting firm of Lindgren, Callihan, Van Osdol & Co. Ltd., which has offices in five locations in northern Illinois. He has over 35 years of experience, the first eleven with a bank, and the remaining with LCV. He was the compliance officer, cashier, security officer and one of the loan officers when he left the bank. Since then he has performed over 500 consultations for various sized financial institutions in five states to help the institutions prepare for examinations by regulators. A graduate of the ABA National Graduate Compliance School in Norman, Oklahoma, he is also a Certified Regulatory Compliance Manager and a Certified Risk Professional. He has taught at various state banking schools and has given training sessions to banks on a regular basis. Tim maintains contact with regulators and other experts in the compliance arena not only locally, but also across the nation. His firm provides traditional accounting, audit consulting and tax services to over 120 financial institutions on an ongoing basis.

Areas that he has taught or has experience in:

Negotiable instruments and the payment mechanism
Teller security and operational issues
New account security, account ownership and TIN reporting
Loan compliance, underwriting and collateral (UCC Article 9)
Data processing controls and operations
Back room operations and efficiencies
Consumer compliance for deposits
Overall security issues
Bank secrecy act, OFAC and anti-money laundering
Privacy regulation
Safeguarding customer information regulation
Non deposit investment product compliance


Tim gave a deposition in January 2007 in Tomah, Wisconsin for a case in which it was a preliminary inquiry and he had not yet performed any study. Tim has not otherwise testified as an expert at trial or by deposition in the previous 4 years.

I am being compensated at the rate of $300.00 per hour for the study and testimony in this case.

*Tim Tedrick*

Tim Tedrick, CRCM, CRP
Executive Officer
Lindgren, Callihan, Van Osdol, & Co., Ltd.



August 28, 2008

Hinshaw & Culbertson, LLP
Attorneys at Law
222 North LaSalle Street, Suite 300
Chicago, IL 60601-1081


In the matter of Shames-Yeakel versus Citizens Financial Bank


Citizens Financial Bank (CFB) uses a service bureau, Fiserv, for their core banking system. This system allows the bank to input, process, and report financial transactions. Fiserv also hosts CFB's Business Online Banking (BOB) system. The online cash management system, ECorp, provides functions that allow CFB's business customers to perform electronic automatic clearinghouse (ACH) transactions and wire transfers. It is typical for financial institutions of CFB's size and complexity to outsource their online banking functions to service bureaus such as Fiserv.

Fiserv is responsible for providing security to protect CFB's customer information. Fiserv subscribes to regular independent audits to validate administrative, technical, and physical security controls for their information systems. During period of January 1, 2007 to July 15, 2007, McGladrey & Pullen performed an independent review of Fiserv's information systems security controls. The scope of this review included safeguards for the ECorp online cash management system. Results were provided in a Service Auditor's Report dated July 15, 2007.

The independent review required tests to be performed to validate controls for the input, processing, and output of data. This included 25 tests for the ECorp system (pages 113 – 115). Test results showed no relevant exceptions.

The Service Auditor's Report also describes Fiserv's controls that include policies and procedures, Internet-facing routers, firewalls, network operating systems, and web servers. (pages 52 – 54). The report explains that Fiserv contracts with an independent security firm to perform an annual intrusion testing of the data center (page 64).

Lindgren, Callihan, Van Osdol & Co., Ltd.    403 E. Third Street        ph 815.626.1277    Rockford, Illinois
Certified Public Accountants & Consultants   Sterling, IL  61081         fax 815.626.9118   Sterling, Illinois
                                                                        www.lcvcpa.com     Dixon, Illinois
                                                                                           Freeport, Illinois

We find Fiservs security controls to be reasonable. Some the security controls for ECorp listed on page 50-51 include:
1. Account holders must be enrolled and enter both a user ID and password to obtain account access to ECorp.
2. BOB account holders can change their password at any time.
3. Account access is automatically locked out after three failed login attempts and must be reinitialized by the financial institution.
4. Passwords are masked as they are entered into the system.
5. The URL addresses are encrypted on all transaction screens.
6. Transaction screens have a security control that prevents transaction screen details from being saved or viewed in the web browser's cache.
7. ECorp transactions use the SSL protocol for encryption.

CFB is also responsible to provide security for the BOB. We find CFB's security controls to be reasonable. Some of CFB's security controls include:
1. As stated in the discovery deposition of Deborah Milne, a username and password were required to authenticate and obtain access to the ECorp system during the time of the disputed transaction. The deposition further states (page 87) that CFB was in the process of rolling out security tokens to ECorp customers to provide multifactor authentication.
2. As stated in the discovery deposition of Deborah Milne (page 75), Mrs. Shames-Yeakel's BOB username and password was unique and not shared by other individuals.
3. As provided by the Declaration of Carol A. Romes, BOB account holders are required to change their password during their initial login.
4. CFB has established an online banking/billpay *Policy and Procedure Manual* for the Business Resource Center.
    a. The *Client Removal* policy with effective date 10/02/2006 provides procedures for removing inactive online accounts.
    b. The *Reset User Password* policy with a revision date of 7/25/06 includes procedures for verifying the customer's identity before resetting their password.
    c. The *Reset User Password* policy with a revision date of 7/25/06 indicates that BOB user accounts will be temporarily locked out after three failed login attempts.
    d. The *Reset User Password* policy with a revision date of 7/25/06 indicates that BOB user passwords must be 7-12 characters with at least one alpha and numeric password.

After reviewing the security controls implemented by Fiserv and CFB, I believe that that they were reasonable and not the cause of the unauthorized transfer.

| | | |
|---|---|---|
| **Experience** | Lindgren, Callihan, Van Osdol | Sterling, Illinois |

**Executive Officer Technology Consulting Services**

- Information technology auditing services examining areas including IT policies, segregation of duties, risk assessments, logical and physical access controls, business continuity planning, and vendor management.
- Internet perimeter vulnerability testing and internal network vulnerability scanning.
- Presenter for various information security training seminars designed specifically for financial institutions.
- Conference speaker for the Community Bankers of Illinois (CBAI), Illinois Bankers Association (IBA), Illinois League of Financial Institutions, and Wisconsin Bankers Association (WBA).
- Technology consulting services for small and medium-size businesses.
- Microsoft Windows NT 4.0, Windows 2000 and Windows 2003 technology trainer at Professional Development Institute (PDI) in Peoria, Illinois and Sauk Valley Community College (SVCC) in Dixon, Illinois for the MCSE and MCSA certification tracks.

**Certifications**
- CISA – Certified Information Systems Auditor
- CISSP – Certified Information Systems Security Professional
- MCSE – Microsoft Certified Systems Engineer
- MCSA – Microsoft Certified Systems Administrator
- CEH – Certified Ethical Hacker
- A+ – Hardware/Operating System Certification
- Security+ - Information Security Certification
- CIW – Certified Internet Webmaster Professional/Security Analyst

**Education**  Illinois State University
- Bachelor of Science Degree in Marketing
- Minor in Business Administration

**Community**  Alderman for City of Polo, Illinois; President of Polo Athletic Booster Club

I have not testified as an expert at trial or by deposition in the previous 4 years.

I am being compensated at the rate of $300.00 per hour for the study and testimony in this case.

Mark P. Scholl, CISA, CISSP, CEH
Executive Officer
Lindgren, Callihan, Van Osdol, & Co., Ltd.