**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3**
**Eastern Division**

Marsha L. Shames–Yeakel, et al.
                                        Plaintiff,

v.                                      Case No.: 1:07–cv–05387
                                        Honorable Rebecca R. Pallmeyer

Citizens Financial Bank
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 27, 2009:

      MINUTE entry before the Honorable Susan E. Cox: Status hearing held. Settlement conference set for 12/4/09 at 11:30 a.m. Parties are to review and to comply with this Court's Standing Order Setting Settlement Conference which is available through the Court's web page or chambers. Plaintiffs' counsel to submit a written itemization of damages and settlement demand to defendant's counsel with a brief explanation of why such a settlement is appropriate on or before 11/10/09. A courtesy copy of this submission must be sent to the Court at the same time. Defendant's counsel shall submit a written offer to plaintiffs' counsel and the Court with a brief explanation of why such a settlement is appropriate on or before 11/17/09. Plaintiffs' counsel shall deliver or fax copies of these letters to Judge Cox's chambers no later than 11/24/09. The settlement conference date may only be changed by the granting of a motion. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.