# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
### Eastern Division

Marsha L. Shames−Yeakel, et al.

                        Plaintiff,

v.                                                 Case No.: 1:07−cv−05387
                                                             Honorable Rebecca R. Pallmeyer

Citizens Financial Bank

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 4, 2009:

      MINUTE entry before the Honorable Susan E. Cox:Settlement conference held on 12/4/09. Parties to contact chambers by 4:00 p.m. on 12/7/09 with their respective positions. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.