**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT**

| | | |
|---|---|---|
| MARSHAL L. SHAMES-YEAKEL and MICHAEL W. SHAMES-YEAKEL, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 07-5387 |
| | ) | Judge Pallmeyer |
| v. | ) ) | |
| CITIZENS FINANCIAL BANK, | ) ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

Plaintiffs Marsha L. Shames Yeakel and Michael W. Shames Yeakel, and defendant Citizens Financial Bank by their respective attorneys, hereby stipulate, pursuant to Fed.R.Civ.P. 41(a), that this action shall be, and hereby is, dismissed with prejudice.

Respectfully submitted,

Citizens Financial Bank

By: /s/Evan D. Brown
One of Its Attorneys

Alan Lipton
alipton@hinshawlaw.com
Evan D. Brown
ebrown@hinshawlaw.com
HINSHAW & CULBERTSON LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601

6519343v1 63070