**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois –** **CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

Marsha L. Shames−Yeakel, et al.
                               Plaintiff,

v.                                              Case No.: 1:07−cv−05387
                                                Honorable Rebecca R. Pallmeyer

Citizens Financial Bank
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 30, 2009:

MINUTE entry before Honorable Susan E. Cox: Parties having filed a stipulation of dismissal, settlement conference set for 1/5/10 at 11:00 a.m. is stricken. All matters relating to the referral of this action having been resolved, this case is returned to the assigned judge. Case no longer referred to the Honorable Susan E. Cox. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.