## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 5387 | **DATE** | 1/4/2010 |
| **CASE TITLE** | Marsha L. Shames-Yeakel, et al vs. Citizens Financial Bank | | |

**DOCKET ENTRY TEXT**

Pursuant to Stipulation, the above cause is dismissed with prejudice. Status hearing set for 1/21/2010 and jury trial set for 1/25/2010 are stricken.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|